UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN R. SATCHELL,

                            Plaintiff,

            -against-

DEPT. OF CORRECTIONS, ET AL.,

                            Defendants.

24-CV-1763 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is incarcerated in the Clinton Correctional Facility ("Clinton"), filed this action *pro se*, proceeding *in forma pauperis* ("IFP") and asserting claims under 42 U.S.C. § 1983 regarding events occurring on Rikers Island. By order dated July 31, 2024, the Court granted Plaintiff 60 days' leave to file an amended complaint to address deficiencies in his original complaint. The Court alerted him that if he failed to file an amended complaint within the prescribed time, and could not show good cause to excuse such failure, the Court would dismiss the action for the reasons stated in the order. (ECF 6.)

The Court received a letter from Plaintiff on October 3, 2024, stating that after he was transferred from a Rikers Island facility to Clinton, he "never received [his] property," and asking "how can [he] prove [his] claim when [his] receipts are in [his] property?" (ECF 7.) By order dated October 7, 2024, the Court: (1) granted Plaintiff a 60-day extension of time to file an amended complaint; (2) informed Plaintiff that he does not need to "prove" his claims at this time, and should instead focus on providing a short and plain statement of the facts giving rise to this action and showing that he is entitled to relief from the named defendants, which he would need to do without access to specific documents; and (3) encouraged Plaintiff to review the July 31, 2024 order, which provides guidance on how to do that. (ECF 8.)

Plaintiff has subsequently submitted three letters to the Court in which he, among other things: (1) reiterates that he still has not received his clothing, property, or documents; (2) that he submitted his "sovereign paperwork"; and (3) that he no longer has a copy of the Court's Amended Complaint Form. (ECF 9-11.)

For the reasons set forth in the July 31, 2024 order, Plaintiff's original complaint fails to state a claim on which relief may be granted, and this matter cannot proceed until Plaintiff files an amended complaint that states a valid claim under Section 1983. Although Plaintiff would prefer to have certain documents to prepare the amended complaint, at this stage, he must do so without them.[1] The Court grants Plaintiff an extension of time to file an amended complaint. Plaintiff must file an amended complaint, as specified in the Court's July 31, 2024 order, within 60 days of the date of this order. If Plaintiff fails to file an amended complaint within the prescribed time, and cannot show good cause to excuse such failure, the Court will dismiss the action for the reasons stated in the July 31, 2024 order.

## CONCLUSION

The Court grants Plaintiff an extension of time to file an amended complaint. Plaintiff must file an amended complaint, as specified in the Court's July 31, 2024 order, within 60 days of the date of this order. If Plaintiff fails to file an amended complaint within the prescribed time, and cannot show good cause to excuse such failure, the Court will dismiss the action for the reasons stated in the July 31, 2024 order. No further extensions of time will be granted.

---

[1] Should Plaintiff submit an amended complaint that provides facts stating a valid Section 1983 claim, and should this matter proceed, he may utilize the discovery process to obtain access to information and documents that he does not currently have.

An Amended Complaint Form is attached to this order for Plaintiff's convenience.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

 Dated:    October 28, 2024
           New York, New York

                                             /s/ Laura Taylor Swain
                                       LAURA TAYLOR SWAIN
                                    Chief United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
_____
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_____
_____
_____
_____
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**AMENDED COMPLAINT**

under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial:  ☐ Yes    ☐ No
(check one)

___ Civ. _____ (   )

I.      **Parties in this complaint:**

A.      List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's     Name_____
                ID#_____
                Current Institution_____
                Address_____
                _____

B.      List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1     Name _____ Shield #_____
                    Where Currently Employed _____
                    Address _____
                    _____

*Rev. 01/2010*                                 1

Defendant  No. 2        Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____


Defendant  No. 3        Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

<div style="border:1px solid black; display:inline-block; padding:4px;">**Who did what?**</div>

Defendant  No. 4        Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____


Defendant  No. 5        Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____


## II.        Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.


A.        In what institution did the events giving rise to your claim(s) occur?

_____

_____


B.        Where in the institution did the events giving rise to your claim(s) occur?

_____


C.        What  date  and  approximate  time  did  the  events  giving  rise  to  your  claim(s)  occur?

_____

_____

_____


D.        Facts:_____

<div style="border:1px solid black; display:inline-block; padding:4px;">**What happened to you?**</div>

_____

_____

_____

*Rev. 01/2010*                    2

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Was anyone else involved?**

_____
_____
_____
_____
_____

**Who else saw what happened?**

## III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

_____
_____
_____
_____
_____
_____
_____
_____
_____

## IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____    No _____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____
_____

B.      Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

        Yes _____    No _____    Do Not Know _____

C.      Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

        Yes _____    No _____    Do Not Know _____

        If YES, which claim(s)?
        _____

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

        Yes _____    No _____

        If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

        Yes _____    No _____

E.      If you did file a grievance, about the events described in this complaint, where did you file the grievance?
        _____

        1.      Which claim(s) in this complaint did you grieve?
        _____

        2.      What was the result, if any?
        _____

        3.      What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process.
        _____
        _____
        _____
        _____

F.      If you did not file a grievance:

        1.      If there are any reasons why you did not file a grievance, state them here:
        _____
        _____
        _____

_____
_____
_____

   2.   If you did not file a grievance but informed any officials of your claim, state who you
        informed, when and how, and their response, if any:

            _____
            _____
            _____
            _____
            _____
            _____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative
     remedies.
        _____
        _____
        _____
        _____
        _____
        _____
        _____
        _____

Note:   You may attach as exhibits to this complaint any documents related to the exhaustion of your
        administrative remedies.

## V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that
you are seeking and the basis for such amount). _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

*Rev. 01/2010*                                   5

_____
_____
_____

**VI.    Previous lawsuits:**

<div style="border:1px solid black">On these claims</div>

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No _____

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____
_____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case_____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?  Yes _____  No _____

If NO, give the approximate date of disposition_____

7.    What was the result of the case? (For example:   Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
_____
_____

<div style="border:1px solid black">On other claims</div>

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____  No _____

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____
_____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case_____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?  Yes _____   No _____
      If NO, give the approximate date of disposition_____

7.    What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?)  _____
      _____
      _____


**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ____ day of _____, 20___.

Signature of Plaintiff      _____

Inmate Number             _____

Institution Address        _____

                          _____

                          _____

                          _____


<u>Note</u>:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.


I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.


Signature of Plaintiff:    _____