UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN SATCHELL,

               Plaintiff,

-against-

EMPLOYEES DEPT OF CORRECTIONS; STATE OF NEW YORK; JOHN DOE; JOHN DOE; JOHN DOE; JOHN DOE; JANE DOE,

               Defendants.

24-CV-1763 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff, who is incarcerated in Clinton Correctional Facility, is proceeding *pro se* and *in forma pauperis* ("IFP"). Plaintiff filed this action under 42 U.S.C. § 1983, alleging that Defendants subjected him to unconstitutional conditions of confinement while he was in the custody of the New York City Department of Correction between 2019 and 2024. By order dated July 31, 2024, the Court directed Plaintiff to amend his complaint to address deficiencies in his original pleading. He filed an amended complaint on December 4, 2024. (ECF 14.)

      Plaintiff submitted the identical amended complaint in another matter pending in this court before Judge Woods. *See Satchell v. Molina*, ECF 1:23-CV-11119, 18 (GHW).[1] Because this amended complaint raises the same claims, no useful purpose would be served by the filing and litigation of this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 23-CV-11119.

---

[1] The amended complaint lists both docket numbers. (ECF 14.)

## CONCLUSION

Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed without prejudice to the matter pending under docket number 23-CV-11119 (GHW).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter civil judgment in this case.

SO ORDERED.

Dated:   April 22, 2025
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge