UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN SATCHELL,

                    Plaintiff,

        -against-

EMPLOYEES DEPT OF CORRECTIONS;
STATE OF NEW YORK; JOHN DOE; JOHN
DOE; JOHN DOE; JOHN DOE; JANE DOE,

                    Defendants.

24-cv-1763 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 22, 2025, order, Plaintiff's complaint, filed IFP under

28 U.S.C. § 1915(a)(1), is dismissed without prejudice to the matter pending under docket

number 23-CV-11119 (GHW).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 22, 2025
         New York, New York

                    /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
              Chief United States District Judge